UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAHEL McCUNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGAL CINEMAS, INC.DBA REGAL EL DORADO HILLS; EL DORADO HILLS THEATRE, LLC<br><br>　　　　Defendants. | No.  12-cv-02742-MCE-GGH<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

Plaintiff, MICHAEL McCUNE, and defendants, REGAL CINEMAS, INC. dba REGAL EL DORADO HILLS; and EL DORADO HILLS THEATRE, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: December 21, 2012　　　　DISABLED ADVOCACY GROUP, APLC
　　　　　　　　　　　　　　　　　 */s/   Lynn Hubbard*
　　　　　　　　　　　　　　　　　LYNN HUBBARD III
　　　　　　　　　　　　　　　　　Attorney for Plaintiff MICHAEL McCUNE

| | |
|---|---|
| Dated: December 21, 2012 | GREENBERG TRAURIG, LLP<br>  /s/  Alana Chimes<br>ALANA CHIMES<br>Attorney for Defendants REGAL CINEMAS, INC. dba REGAL EL DORADO HILLS; and EL DORADO HILLS THEATRE, LLC |

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:12-cv-02742-MCE-GGH, is hereby dismissed with prejudice. The Clerk is directed to close the file.

Dated: January 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT